NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEVEN FRANK JACKSON, | No. 09-15379 |
| Petitioner - Appellant, | D.C. No. 2:07-cv-00555-RJB |
| v. | Eastern District of California, Sacramento |
| T. FELKNER, | |
| Respondent - Appellee. | ORDER |

On Remand from the United States Supreme Court

Before: SCHROEDER and RAWLINSON, Circuit Judges, and COLLINS, District Judge.\*

The judgment of this court, *Jackson v. Felkner*, 389 Fed.Appx. 640 (9th Cir. 2010), was reversed by the United States Supreme Court. *See Felkner v. Jackson*, 131 S.Ct. 1305 (2011). This case is remanded to the district court for further proceedings consistent with the decision of the Supreme Court.

---

\*       The Honorable Raner C. Collins, U.S. District Judge for the District of Arizona, sitting by designation.